IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALL SEASONS PROPERTY MAINTENANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACC INTERNATIONAL, LLC<br><br>Defendant. | Civ. Act. No.: 5:22-cv-01063-JMG |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) that all claims asserted by plaintiff All Seasons Property Maintenance, LLC against defendant, ACC International, LLC, are hereby dismissed without prejudice. Each party agrees to bear its own respective costs and attorney's fees in this matter.

SO STIPULATED:

| FREEMAN MATHIS & GARY, LLP | THE FELDMAN FIRM, LLC |
|---|---|
| By: */s/ Nicholas J. Hubner/*<br>Nicholas J. Hubner, Esq.<br>Id. No. 322501<br>1600 Market Street, Suite 1210<br>Philadelphia, PA 19103<br>Phone: (215) 279-8077<br>nicholas.hubner@fmglaw.com<br>*Counsel for plaintiff*<br>*All Seasons Property Maint., LLC* | By: */s/ Jeffrey S. Feldman/* 11/3/2022 14:13:27 -04:00<br>Jeffrey S. Feldman, Esq.<br>Id. No. 80352<br>600 Germantown Pike, Ste. 400<br>Plymouth Meeting, PA 19462<br>Phone: (215) 764-6364<br>jeff@thefeldmanfirm.com<br>*Counsel for defendant*<br>*ACC International, LLC* |